1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   MATTHEW L. McCARTHY (CABN 217871)
    Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102
    Telephone: (415) 436-7368
7   Facsimile: (415) 436-7234
    E-Mail: Matthew.McCarthy@usdoj.gov
8
9   Attorneys for the United States

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION                      *JCS*
13

14  UNITED STATES OF AMERICA,        )   No. CR⁰  0 8    7 0 5 3 7
                                     )
15      Plaintiff,                   )
                                     )   **NOTICE OF PROCEEDINGS ON OUT-**
16      v.                           )   **OF-DISTRICT CRIMINAL CHARGES**
                                     )   **PURSUANT TO RULES 5(c)(2) and (3)**
17  JESUS GARCIA-LARA                )   **OF THE FEDERAL RULES OF**
                                     )   **CRIMINAL PROCEDURE**
18      Defendant.                   )
                                     )
19

20      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

21  Procedure that on or about August 14, 2008, defendant ROBERT RICHARDS was arrested

22  based upon an arrest warrant (copy attached as Ex. 1) issued upon Petition on Probation and

23  Supervised Release from the Central District of California, case number CR 08-00313-VBF.

24      In that case, the defendant is charged with four violations of his supervision in violation of 18

25  //

26  //

27  //

28  //

    NOTICE OF PROCEEDINGS

1  U.S.C. § 3583(e)(3), as set forth in the Petition on Probation and Supervised Release attached

2  hereto as Ex. 2.

3

4      DATED: August 15, 2008        Respectfully submitted,

5      JOSEPH P. RUSSONIELLO
       United States Attorney
6

7      _____
       MATTHEW L. McCARTHY
8      Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF PROCEEDINGS

# EXHIBIT 1

# UNITED STATES PROBATION OFFICE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR08-00313-VBF |
| vs | | |
| JESUS GARCIA-LARA | | |
| | Defendant(s) | **WARRANT FOR ARREST** |

## TO:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest    **JESUS GARCIA-LARA**

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ⬜ Complaint  ⬜ Indictment

⬜ Information  ⬜ Order of Court  ☒ Violation Petition    ⬜ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

In violation of Title 18    United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | 5/8/08 - Long Beach, California |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| [signature] | BY: Judge Valerie B. Fairbank |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

# EXHIBIT 2

PROB 12
(Rev. 11/04)

# United States District Court

for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

MAY – 8 2008

CL
BY _____ /.....

U.S.A. VS. JESUS GARCIA-LARA

Docket No. CR08-00313-VBF

#### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JESUS GARCIA-LARA who was placed on supervision by the Honorable Cranston J. Mitchell, National Parole Commissioner at Chevy Chase, Maryland, on the 28th day of February, 2008 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Commission and also imposed special terms and conditions as noted on the attached Transfer Treaty Determination. Jurisdiction was transferred to the Central District of California on March 17, 2008.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### (SEE ATTACHED)

PRAYING THAT THE COURT WILL ORDER issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Jesus Garcia-Lara before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this ___7___ day
of _Mauy___, 20_08_ and ordered filed
and made a part of the records in the above
case.    **VALERIE BAKER FAIRBANK**

_____
United States District Judge
VALERIE BAKER FAIRBANK

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on May 2, 2008

JARROD KENNELLY
U. S. Probation Officer

Place: Long Beach, California

U.S.A. VS. JESUS GARCIA-LARA
DOCKET NO. CR08-00313-VBF

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

Having been ordered by the Court to refrain from the use of controlled substances, on or about March 7, 2008, Jesus Garcia-Lara furnished a urine sample to the Probation Officer which, upon analysis, was found to contain cocaine.

2.  Having been ordered by the Court to reside at a Residential Reentry Center until favorably discharged by the Center Director, Jesus Garcia-Lara was unfavorably discharged from the Working Alternatives Residential Reentry Center on or about April 27, 2008, after leaving the center without the permission of the Program Director or Probation Officer.

3.  Having been ordered by the Court to submit to anti-narcotic testing as directed by the Probation Officer, Jesus Garcia-Lara failed to appear for testing on April 28, 2008.

4.  Having been ordered by the Court to report to the Probation Officer any change in residence or employment within 72 hours, Jesus Garcia-Lara changed his residence and employment and failed to notify the Probation Officer. Jesus Garcia-Lara has made himself unavailable for supervision and his current whereabouts are unknown.

2