UNITED STATES DISTRICT COURT
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 19, 2008

U.S. District Court
Central District of California
312 N. Spring St.
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case Name:       US-v- Garcia-Lara
Case Number:     3-08-70537 MAG
Charges:         18:3583

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Spero. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator

Enclosures
cc: Financial Office